EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Eduardo Grau Acosta | 2012 TSPR 24<br><br>184 DPR ____ |

Número del Caso: TS-4767

Fecha: 3 de febrero de 2012

Abogado de la Parte Peticionaria:

       Lcdo. Leonardo Delgado Navarro

Comisión de Reputación para el Ejercicio de la Abogacía

       Lcdo. Guillermo Arbona Lago
       Lcda. Jocelyn López Vilanova
       Lcda. Belén Guerrero Calderón
       Lcda. Waleska Delgado Marrero
       Lcdo. Héctor Saldaña Egozcue
       Dr. Robert Stolberg


Procurador Especial de la Comisión de Reputación

       Lcdo. Alcides Oquendo Solís

Oficina del Procurador General

       Lcda. Zaira Girón Anadón
       Subprocuradora General

       Lcda. Edna E. Rodríguez Benítez
       Procuradora General Auxiliar


Materia: Reinstalación al Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

In Re:

Eduardo Grau Acosta

**TS-4767**

**RESOLUCIÓN**

San Juan, Puerto Rico, a 3 de febrero de 2012.

Examinado el *Informe del Procurador General,* el *Informe y Recomendación al Tribunal Supremo de la Comisión de Reputación* y la *Moción del querellado,* se autoriza la reinstalación del Sr. Eduardo Grau Acosta al ejercicio de la abogacía. No obstante, con relación a la solicitud de reinstalación a la notaría, exprésese la Directora de la Oficina de Inspección de Notarías, en el término de treinta (30) días, contados a partir de la notificación de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton y la Jueza Asociada señora Rodríguez Rodríguez no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo